**Lynda NOEL, Appellant,**

v.

**ABB COMBUSTION ENGINEERING,**
Employer/Respondent,

and

**National Union Fire Ins. Co.,**
Insurer/Respondent,

and

**Treasurer of Missouri as Custodian
of Second Injury Fund,
Respondents.**

No. ED 99589.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 15, 2013.

Rehearing Denied Nov. 19, 2013.

Keith E. Link, St. Louis, MO, for appellant.

Michael J. Schaller, Kevin A. Nelson, St. Louis, MO, for respondents.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and GARY M. GAERTNER, Jr., J.

#### *ORDER*

PER CURIAM.

Lynda Noel appeals from a decision by the Labor and Industrial Relations Commission denying her request for costs under Section 287.560, RSMo. (Supp.2012). An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Rule 84.16(b).